AO 440 (Rev. 06/12)  Summons in a Civil Action (FOIA)

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| ZHAOCHENG ANTHONY TAN <br> *Plaintiff(s)* <br> v. <br> UNITED STATES DEPARTMENT OF JUSTICE <br> *Defendant(s)* | Civil Action No. 5:25-cv-10688   NC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

See Attachment to Summons in a Civil Action

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew S.L. Cate
Law Office of Matthew S.L. Cate
101 Montgomery Street, Suite 900
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B. Busby*

Date: 12/16/25

*Signature of Clerk or Deputy Clerk*

**Attachment to Summons in a Civil Action**

Craig H. Missakian, U.S. Attorney
c/o Civil Process Clerk
United States Attorney's Office
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102


United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530


Pamela Bondi
Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530