1  Matthew S.L. Cate (SBN 295546)
   matt@matthewcatelaw.com
2  **Law Office of Matthew S.L. Cate**
3  101 Montgomery Street, Suite 900
   San Francisco, CA  94104
4  Tel/Fax: 415-964-4400

5  *Counsel for Plaintiff Zhaocheng Anthony Tan*

6

7

8              **UNITED STATES DISTRICT COURT**
          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                   **SAN JOSE DIVISION**

10  **Zhaocheng Anthony Tan**,                    Case No. 5:25-cv-10688-LBF

11                          Plaintiff,            **Declaration of Service**

12       v.

13  **United States Department of Justice**,

14                          Defendant.

15

16

17      I, Matthew S.L. Cate, declare:

18      1.      I am counsel of record for Plaintiff Zhaocheng Anthony Tan.

19      2.      On December 17, 2025, I served on the **U.S. Attorney for the Northern Dis-**

20  **trict of California** copies of the (1) Summons, (2) Complaint and Exhibits 1-6, (3) Order Set-

21  ting Initial Case Management Conference and ADR Deadlines, (4) Civil Standing Order: Mag-

22  istrate Judge Nathanael M. Cousins, (5) Standing Order for All Judges of the Northern District

23  of California—Contents of Joint Case Management Statement, and (6) Consent or Declination

24  to Magistrate Judge Jurisdiction. I served those materials via certified U.S. mail (USPS tracking

25  #9589 0710 5270 2962 8116 22).

26      3.      According to the USPS tracking system, the U.S. Attorney for the Northern

27  District of California received those materials on December 18, 2025. Ex. 1.

28

4.      On December 17, 2025, I served on **Defendant United States Department of Justice** copies of the (1) Summons, (2) Complaint and Exhibits 1-6, (3) Order Setting Initial Case Management Conference and ADR Deadlines, (4) Civil Standing Order: Magistrate Judge Nathanael M. Cousins, (5) Standing Order for All Judges of the Northern District of California—Contents of Joint Case Management Statement, and (6) Consent or Declination to Magistrate Judge Jurisdiction. I served those materials via certified U.S. mail (USPS tracking # 9589 0710 5270 2962 8116 46).

5.      According to the USPS tracking system, the Department of Justice received those materials on December 29, 2025. Ex. 2.

6.      On December 17, 2025, I served on **U.S. Attorney General Pamela Bondi** copies of the (1) Summons, (2) Complaint and Exhibits 1-6, (3) Order Setting Initial Case Management Conference and ADR Deadlines, (4) Civil Standing Order: Magistrate Judge Nathanael M. Cousins, (5) Standing Order for All Judges of the Northern District of California—Contents of Joint Case Management Statement, and (6) Consent or Declination to Magistrate Judge Jurisdiction. I served those materials via certified U.S. mail (USPS tracking # 9589 0710 5270 2962 8116 39).

7.      According to the USPS tracking system, the Attorney General received those materials on December 29, 2025. Ex. 3.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 29, 2025                    */s/ Matthew S.L. Cate*
                                           Matthew S.L. Cate