CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA JOHANN (CABN 145558)
Chief, Civil Division
KENNETH BRAKEBILL (CABN 196696)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7167
    Facsimile: (415) 436-7169
    Kenneth.Brakebill@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zhaocheng Anthony Tan, | Case No. 5:25-cv-10688-BLF |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO EXTEND DATE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT; DECLARATION** |
| v. | |
| U.S. Department of Justice, | |
| Defendant. | |

      Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, the parties stipulate as follows:

**STIPULATION**

      WHEREAS, Plaintiff filed his Complaint on December 15, 2025 (ECF No. 1);

      WHEREAS, on December 16, 2025, the court staff set initial case management deadlines for this case, including an initial case management conference on March 18, 2026 with a joint case management statement to be due on March 11, 2026 (ECF No. 4);

      WHEREAS, Plaintiff's Complaint was subsequently served on the United States Attorney's Office on December 18, 2025, and therefore Defendant's responsive pleading deadline is January 20, 2026;

1  WHEREAS, on December 23, 2025, the court staff reset the case management deadlines for this case by a day, setting an initial case management conference on March 19, 2026 with a joint case management statement to be due on March 12, 2026 (ECF No. 9);

WHEREAS, undersigned counsel for Defendant has been on extended medical leave, just returned to work, and the parties have met and conferred and agreed to a 14-day extension to Defendant's responsive pleading deadline;

WHEREAS there have been no previous requests for time modification in this case;

Subject to approval of the Court, IT IS HEREBY STIPULATED, by the parties to this action, through their counsel of record, that:

The deadline for Defendant's responsive pleading shall be extended to February 3, 2026.

**IT IS SO STIPULATED.**

Dated:  January 20, 2026                    By:   /s/ Matthew S.L. Cate
                                                  Law Office of Matthew S.L. Cate
                                                  Attorney for Plaintiff

Dated: January 20, 2026                     Respectfully submitted,

                                            CRAIG H. MISSAKIAN
                                            United States Attorney

                                             /s/ Kenneth Brakebill
                                            Kenneth Brakebill
                                            Assistant United States Attorney

                                            Counsel for Defendant

### ECF ATTESTATION

In accordance with Civil Local Rule 5(i)(3), I, Kenneth Brakebill, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

STIPULATION AND PROPOSED ORDER TO EXTEND DATE; DECLARATION
CASE NO. 5:25-CV-10688-BLF

**DECLARATION OF KENNETH BRAKEBILL**

I, Kenneth Brakebill, declare and state as follows:

1. I am an Assistant United States Attorney for the Northern District of California and counsel for the United States of America in this action. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2. I submit this declaration in support of the Stipulation and Proposed Order to Extend Dates pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12.

3. Plaintiff filed his Complaint on December 15, 2025 (ECF No. 1).

4. On December 16, 2025, the court staff set initial case management deadlines for this case, including an initial case management conference on March 18, 2026 with a joint case management statement to be due on March 11, 2026 (ECF No. 4).

5. Plaintiff's Complaint was served on the United States Attorney's Office on December 18, 2025, and therefore Defendant's responsive pleading deadline currently is January 20, 2026.

6. On December 23, 2025, the court staff reset the case management deadlines for this case by a day, setting an initial case management conference on March 19, 2026 with a joint case management statement to be due on March 12, 2026 (ECF No. 9).

5. I have been on extended medical leave and just returned to work.

6. On January 14 and 15, 2026, counsel for the parties met and conferred and agreed to a 14-day extension to Defendant's responsive pleading deadline.

7. There have been no previous requests for time modification in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 20, 2026            */s/ Kenneth Brakebill*
                                   Kenneth Brakebill
                                   Assistant United States Attorney

STIPULATION AND PROPOSED ORDER TO EXTEND DATE; DECLARATION
CASE NO. 5:25-CV-10688-BLF

1 **[PROPOSED] ORDER**

2 Pursuant to stipulation, IT IS SO ORDERED that:

3 The deadline for Defendant's responsive pleading shall be extended to February 3, 2026.

5 DATED: _____

6 HON. BETH L. FREEMAN
United States District Judge

[PROPOSED] ORDER
CASE NO. 5:25-CV-10688-BLF