# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ZHAOCHENG ANTHONY TAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Case No. 5:25-cv-10688-BLF<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO MAY 21, 2026**<br><br>[Re: ECF No. 17] |

In the case management statement, the Parties jointly request that the Court continue the initial case management conference. *See* ECF No. 17 ¶ 15. IT IS HEREBY ORDERED THAT: the initial case management conference is CONTINUED from March 19, 2026, to May 21, 2026. The Parties SHALL file an initial case management statement no later than May 14, 2026.

**IT IS SO ORDERED.**

Dated: March 12, 2026

_____
BETH LABSON FREEMAN
United States District Judge