CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA JOHANN (CABN 145558)
Chief, Civil Division
KENNETH BRAKEBILL (CABN 196696)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7167
    Facsimile: (415) 436-7169
    Kenneth.Brakebill@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zhaocheng Anthony Tan,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. Department of Justice,<br><br>    Defendant. | Case No. 5:25-cv-10688-BLF<br><br>**STIPULATION TO EXTEND CASE MANGEMENT DEADLINES 45 DAYS; DECLARATION;** ~~PROPOSED~~ **ORDER** |

    Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, the parties stipulate as follows:

**STIPULATION**

    WHEREAS, Plaintiff filed his Complaint on December 15, 2025 (ECF No. 1);

    WHEREAS, on December 16, 2025, the court staff set initial case management deadlines for this case, including an initial case management conference on March 18, 2026 with a joint case management statement to be due on March 11, 2026 (ECF No. 4);

    WHEREAS, Plaintiff's Complaint was subsequently served on the United States Attorney's Office on December 18, 2025, and therefore Defendant's responsive pleading deadline is January 20, 2026;

    WHEREAS, the parties filed a stipulation to extend the due date for Defendant's responsive pleading to February 3, 2026 (ECF No. 11);

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DATE; DECLARATION
CASE NO. 5:25-CV-10688-BLF

1

WHEREAS, the Court granted said stipulation (ECF No. 12) and subsequently set an initial case management conference on May 21, 2026 (ECF No. 18);

WHEREAS, Defendant filed its Answer on February 3, 2026 (ECF No. 13)

WHEREAS, as provided in the parties' initial case management conference statement ("Joint Statement") submitted on March 12, 2026 (ECF No. 17), Defendant has continued to implement a search and production plan utilizing Plaintiff's requested word searches and, since the Joint Statement, has processed and released some responsive material, has continued to engage in document review to extricate responsive documents, has continued to confer within DOJ equities to ensure the adequacy of the searches, and has provided 30-day and 45-day updates to Plaintiff on April 13 and 28, 2026;

WHEREAS, the parties have continued to meet and confer since Defendant's 45-day update and have agreed that (1) Defendant will provide Plaintiff a further update in 30 days and (2) the parties should defer the currently scheduled case management conference on May 21, 2026 approximately 45 days, if necessary, to allow the parties to further meet and confer after Defendant's next 30-day update; and

WHEREAS there has been one previous request for time modification in this case (ECF No. 11);

Subject to approval of the Court, IT IS HEREBY STIPULATED, by the parties to this action, through their counsel of record, that:

The case management conference shall be extended from May 21, 2026 to July 9, 2026, with the corresponding joint statement to be due on July 2, 2026.

**IT IS SO STIPULATED.**

Dated:  May 13, 2026                     By:  ___/s/ Matthew S.L. Cate_____
                                         Law Office of Matthew S.L. Cate
                                         Attorney for Plaintiff


Dated: May 13, 2026                      Respectfully submitted,

                                         CRAIG H. MISSAKIAN
                                         United States Attorney

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DATE; DECLARATION
CASE NO. 5:25-CV-10688-BLF

_/s/ Kenneth Brakebill_
Kenneth Brakebill
Assistant United States Attorney

Counsel for Defendant

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Kenneth Brakebill, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DATE; DECLARATION
CASE NO. 5:25-CV-10688-BLF

3

**DECLARATION OF KENNETH BRAKEBILL**

I, Kenneth Brakebill, declare and state as follows:

1.     I am an Assistant United States Attorney for the Northern District of California and counsel for the United States of America in this action.  I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2.     I submit this declaration in support of the Stipulation and Proposed Order to Extend Dates pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12.

3.     Plaintiff filed his Complaint on December 15, 2025 (ECF No. 1).

4.     On December 16, 2025, the court staff set initial case management deadlines for this case, including an initial case management conference on March 18, 2026 with a joint case management statement to be due on March 11, 2026 (ECF No. 4).

5.     Plaintiff's Complaint was subsequently served on the United States Attorney's Office on December 18, 2025, and therefore Defendant's responsive pleading deadline is January 20, 2026.

6.     The parties filed a stipulation to extend the due date for Defendant's responsive pleading to February 3, 2026 (ECF No. 11). The Court granted said stipulation (ECF No. 12) and subsequently set an initial case management conference on May 21, 2026 (ECF No. 18).

7.     Defendant filed its Answer on February 3, 2026 (ECF No. 13).

8.     As provided in the parties' initial case management conference statement ("Joint Statement") submitted on March 12, 2026 (ECF No. 17), Defendant has continued to implement a search and production plan utilizing Plaintiff's requested word searches and, since the Joint Statement, has processed and released some responsive material, has continued to engage in document review to extricate responsive documents and has continued to confer within DOJ equities to ensure the adequacy of the searches. Defendant also provided 30-day and 45-day updates to Plaintiff on April 13, 2026 and April 28, 2026.

9.     The parties have continued to meet and confer since Defendant's 45-day update and have agreed that (1) Defendant will provide Plaintiff a further update in 30 days and (2) the parties should

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DATE; DECLARATION
CASE NO. 5:25-CV-10688-BLF

defer the currently scheduled case management conference on May 21, 2026 approximately 45 days, if necessary, to allow the parties to further meet and confer after Defendant's next 30-day update.

10.    There has been one previous request for time modification in this case (ECF No. 11)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  May 13, 2026

/s/ Kenneth Brakebill
Kenneth Brakebill
Assistant United States Attorney

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DATE; DECLARATION
CASE NO. 5:25-CV-10688-BLF

5

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED that:

The case management conference shall be extended from May 21, 2026 to July 9, 2026, with the corresponding joint statement to be due on July 2, 2026.

DATED: May 14, 2026

HON. BETH L. FREEMAN
United States District Judge