United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

ZHAOCHENG ANTHONY TAN,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

Defendant.

Case No. 5:25-cv-10688-BLF

**ORDER DENYING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO OCTOBER 1, 2026**

The Parties' stipulation to continue the initial case management conference to October 1, 2026, is DENIED. The initial case management conference currently remains set for August 27, 2026.

The Court's next available date is January 21, 2027. The Parties may re-file a stipulation to extend the case management conference to January 21, 2027, or an available date thereafter.

**IT IS SO ORDERED.**

Dated: August 21, 2026

BETH LABSON FREEMAN
United States District Judge