CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA JOHANN (CABN 145558)
Chief, Civil Division
KENNETH BRAKEBILL (CABN 196696)
Assistant United States Attorneys
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
Facsimile: (415) 436-7169
Kenneth.Brakebill@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zhaocheng Anthony Tan,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Department of Justice,<br><br>Defendant. | Case No. 5:25-cv-10688-BLF<br><br>**STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE; DECLARATION; PROPOSED ORDER** |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, the parties stipulate as follows:

**STIPULATION**

WHEREAS, Plaintiff filed his Complaint on December 15, 2025 (ECF No. 1);

WHEREAS, on December 16, 2025, the court staff set initial case management deadlines for this case, including an initial case management conference on March 18, 2026 with a joint case management statement to be due on March 11, 2026 (ECF No. 4);

WHEREAS, Plaintiff's Complaint was subsequently served on the United States Attorney's Office on December 18, 2025, and therefore Defendant's responsive pleading deadline is January 20, 2026;

WHEREAS, the parties filed a stipulation to extend the due date for Defendant's responsive pleading to February 3, 2026 (ECF No. 11);

WHEREAS, the Court granted said stipulation (ECF No. 12) and subsequently set an initial case management conference on May 21, 2026 (ECF No. 18);

WHEREAS, Defendant filed its Answer on February 3, 2026 (ECF No. 13);

WHEREAS, following the parties' initial case management conference statement submitted on March 12, 2026 (ECF No. 17), Defendant continued to implement a search and production plan utilizing Plaintiff's requested word searches, processed and released some responsive material, and continued to engage in document review to extricate responsive documents, and agreed to 30-day and 45-day updates to Plaintiff on April 13 and 28, 2026;

WHEREAS, the parties submitted a Stipulation to the Court on May 14, 2026 explaining that the parties had continued to meet and confer since the Defendant's 45-day update and had agreed that Defendant would provide a further update to Plaintiff in 30 days, and further agreed to defer any case management conference approximately 45 days (ECF No. 19), and said Stipulation was granted by the Court on May 14, 2026 (ECF No. 21);

WHEREAS, after that May 14, 2026 Stipulation, Defendant continued to implement a search and production plan for the FOIA requests at issue, Defendant provided an update thereon to Plaintiff on June 18, 2026, and the parties subsequently agreed that (1) on or before July 20, 2026, OIP will provide a final response to the plaintiff on Requests 1 and 2 and an interim response regarding request 4, and (2) OIP will begin its responsiveness review for Requests 5 and 6, with OIP anticipating it will provide Plaintiff with an update regarding that ongoing review on or before August 17,

WHEREAS, on July 2, 2026 the parties submitted a Stipulation to the Court with an update since their last stipulation and a request to defer the case management conference approximately 45 days (ECF No. 22), and said Stipulation was granted by the Court on July 2, 2026 (ECF No. 24);

WHEREAS, since the parties' last submission to the Court on July 2, 2026, Defendant has continued to implement a search and production plan for the FOIA requests at issue;

WHEREAS, Defendant provided an update to Plaintiff on June 18, 2026, July 1, 2026 and August 17, 2026 and, on July 21, 2026, provided responses and a release of records for Plaintiff's FOIA requests;

WHEREAS, the parties continued to meet and confer after Defendant's July 21, 2026 responses and release and on August 20, 2026 agreed that (1) OIP will provide an update to Plaintiff on part 4 of FOIA request 4 by September 21, 2026, (2) the parties will meet and confer regarding Defendant's clarification question concerning Part 3(a)-(d) of request 4, so that Defendant can complete processing of this request, (3) OIP will provide Plaintiff an update of its review and processing of FOIA requests 5 and 6 by September 21, 2026,

WHEREAS, on August 20, 2026, the parties submitted a stipulation to the Court with an update and request to defer the case management conference, set for August 27, 2026, approximately 35 days to October 1, 2026, if necessary, to allow the parties to further meet and confer after the aforementioned responses and updates by OIP (ECF No. 25);

WHEREAS, on August 21, 2026, the Court issued an order denying the parties' stipulation to extend the case management conference to October 1, 2026, noting that "[t]he Parties may re-file a stipulation to extend the case management conference to January 21, 2027, or an available date thereafter" (ECF No. 26);

WHEREAS, the parties have met and conferred since the Court's August 21, 2026 order and have agreed as follows: (1) the case management conference set for August 27, 2026 should be extended to January 21, 2027, (2) the parties will continue with to implement their August 20, 2026 agreement, including prioritizing processing of FOIA requests 5 and 6 and processing the remaining parts of FOIA request 4, (3) Defendant will provide updates to Plaintiff every 30 days starting on September 21, 2026, (4) the parties will file a status report with the Court on the 30th of each month (starting on September 30, 2026), providing an update on the case and addressing any issue that may need court intervention, and (5) within 30 days after the final release of documents, the parties will meet and confer as to whether any issues remain and present any plan to the Court;

WHEREAS there have been four previous requests for time modification in this case (ECF Nos. 11, 19, 22, 25);

Subject to approval of the Court, IT IS HEREBY STIPULATED, by the parties to this action, through their counsel of record, that:

1. The case management conference shall be extended from August 27, 2026 to January 21, 2027, with the corresponding joint statement to be due on January 14, 2027.

2. The parties will file a status report with the Court on the 30th of each month (starting on September 30, 2026), providing an update on the case and addressing any issue that may need court intervention. Within 30 days after the final release of documents, the parties will meet and confer as to whether any issues remain and present any plan to the Court.

**IT IS SO STIPULATED.**

Dated: August 25, 2026

By: */s/ Matthew S.L. Cate*
Law Office of Matthew S.L. Cate
Attorney for Plaintiff

Dated: August 25, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Kenneth Brakebill*
Kenneth Brakebill
Assistant United States Attorney

Counsel for Defendant

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Kenneth Brakebill, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

**DECLARATION OF KENNETH BRAKEBILL**

I, Kenneth Brakebill, declare and state as follows:

1. I am an Assistant United States Attorney for the Northern District of California and counsel for the United States of America in this action. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2. I submit this declaration in support of the Stipulation and Proposed Order to Extend Dates pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12.

3. Plaintiff filed his Complaint on December 15, 2025 (ECF No. 1).

4. On December 16, 2025, the court staff set initial case management deadlines for this case, including an initial case management conference on March 18, 2026 with a joint case management statement to be due on March 11, 2026 (ECF No. 4).

5. Plaintiff's Complaint was subsequently served on the United States Attorney's Office on December 18, 2025, and therefore Defendant's responsive pleading deadline is January 20, 2026.

6. The parties filed a stipulation to extend the due date for Defendant's responsive pleading to February 3, 2026 (ECF No. 11). The Court granted said stipulation (ECF No. 12) and subsequently set an initial case management conference on May 21, 2026 (ECF No. 18).

7. Defendant filed its Answer on February 3, 2026 (ECF No. 13).

8. Following the parties' initial case management conference statement submitted on March 12, 2026 (ECF No. 17), Defendant continued to implement a search and production plan utilizing Plaintiff's requested word searches, processed and released some responsive material, and continued to engage in document review to extricate responsive documents, and agreed to 30-day and 45-day updates to Plaintiff on April 13 and 28, 2026.

9. The parties submitted a Stipulation to the Court on May 14, 2026 explaining that the parties had continued to meet and confer since the Defendant's 45-day update and had agreed that Defendant would provide a further update to Plaintiff in 30 days, and further agreed to defer any case management conference approximately 45 days. ECF No. 19. Said Stipulation was granted by the Court

on May 14, 2026. ECF No. 21.

10. After the parties' May 14, 2026 Stipulation, Defendant continued to implement a search and production plan for the FOIA requests at issue, and Defendant provided an update thereon to Plaintiff on June 18, 2026. The parties subsequently agreed that (1) on or before July 20, 2026, OIP would provide a final response to the plaintiff on Requests 1 and 2 and an interim response regarding request 4, and (2) OIP would begin its responsiveness review for Requests 5 and 6, with OIP anticipating it will provide Plaintiff with an update regarding that ongoing review on or before August 17, 2026. On July 2, 2026 the parties submitted a Stipulation to the Court with this update and requested to defer the case management conference approximately 45 days (ECF No. 22). Said Stipulation was granted by the Court on July 2, 2026. ECF No. 24.

11. After the parties' submission to the Court on July 2, 2026, Defendant continued to implement a search and production plan for the FOIA requests at issue. Defendant also provided an update to Plaintiff on June 18, 2026, July 1, 2026 and August 17, 2026 and, on July 21, 2026, provided responses and a release of records for Plaintiff's FOIA requests. On August 20, 2026, the parties agreed that (1) OIP will provide an update to Plaintiff on part 4 of FOIA request 4 by September 21, 2026, (2) the parties will meet and confer regarding Defendant's clarification question concerning Part 3(a)-(d) of request 4, so that Defendant can complete processing of this request, and (3) OIP will provide Plaintiff an update of its review and processing of FOIA requests 5 and 6 by September 21, 2026.

12. On August 20, 2026, the parties also agreed to, and then submitted a stipulation to the Court that, the case management conference, set for August 26, 2026, should be deferred approximately 35 days to October 1, 2026, if necessary, to allow the parties to further meet and confer after the aforementioned responses and updates by OIP. ECF No. 25.

13. On August 21, 2026, the Court issued an order denying the parties' stipulation to extend the case management conference to October 1, 2026, noting that "[t]he Parties may re-file a stipulation to extend the case management conference to January 21, 2027, or an available date thereafter." ECF No. 26.

14. The parties have met and conferred since the Court's August 21, 2026 order and have

agreed as follows: (1) the case management conference set for August 27, 2026 should be extended to January 21, 2027, (2) the parties will continue with to implement their August 20, 2026 agreement, including prioritizing processing of FOIA requests 5 and 6 and processing the remaining parts of FOIA request 4, (3) Defendant will provide updates to Plaintiff every 30 days starting on September 21, 2026, (4) the parties will file a status report with the Court on the 30th of each month (starting on September 30, 2026), providing an update on the case and addressing any issue that may need court intervention, and (5) within 30 days after the final release of documents, the parties will meet and confer as to whether any issues remain and present any plan to the Court.

15. There have been four previous requests for time modification in this case. ECF Nos. 11, 19, 22, 25.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 25, 2026

*<u>/s/ Kenneth Brakebill</u>*
Kenneth Brakebill
Assistant United States Attorney

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED that:

1. The case management conference shall be extended from August 27, 2026 to January 21, 2027, with the corresponding joint statement to be due on January 14, 2027.

2. The parties will file a status report with the Court on the 30th of each month (starting on September 30, 2026), providing an update on the case and addressing any issue that may need court intervention. Within 30 days after the final release of documents, the parties will meet and confer as to whether any issues remain and present any plan to the Court.

DATED: ____________

______________________________
HON. BETH L. FREEMAN
United States District Judge