CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
Facsimile: (415) 436-7169
Kenneth.Brakebill@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zhaocheng Anthony Tan,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Department of Justice,<br><br>Defendant. | Case No. 5:25-cv-10688-BLF<br><br>**JOINT STATUS REPORT** |

Plaintiff Zhaocheng Anthony Tan ("Plaintiff" or "Tan") and Defendant U.S. Department of Justice ("Defendant" or "Department") together with its component the Office of Information Policy ("OIP") (collectively, "the Parties") respectfully submit this Joint Status Report pursuant to the Court's Order dated August 25, 2026. *See* ECF No. 29.

This action arises out of a series of six FOIA requests (the "Requests") submitted by Plaintiff to Defendant from February 2025 through October 2025. The Requests generally concern two different topics. Requests 1 to 4 ("TikTok Requests") generally seek letters, correspondence, communications and/or guidance relating to certain Executive Orders issued by President Trump in 2025 concerning the Protecting Americans from Foreign Adversary Controlled Applications Act, while Requests 5 to 6 ("Applications Requests") generally seek communications between the Department and certain companies (Apple, Alphabet, Meta and others) starting in 2025 relating to applications and other content

that allegedly report or document public activity of law enforcement officers, including U.S. Immigration and Customs Enforcement agents. *See* ECF No. 1 ¶¶ 24-42.

The Department reports the following progress regarding its processing of Plaintiff's FOIA requests:

The Department has issued final determinations for Plaintiff's first, second, third, fifth and sixth FOIA requests. In response to the Department's final determination regarding the fifth and sixth requests, which seek records of communications that the then-Attorney General referred to in news interviews and on social media, Plaintiff requested further information about the Department's search methodology. On October 30, 2026, the Department conveyed to Plaintiff an informal summary of its searches for requests five and six. The Parties will meet and confer regarding the Department's final determinations after the Department's responses are completed and before apprising the Court whether any disputes remain that require the Court's intervention or briefing on the merits.

The Department's efforts to respond to Plaintiff's fourth FOIA request, which features four distinct subparts, remain ongoing. Specifically, the Department reports that it has completed its responses regarding subparts one[1] and two. OIP has started reviewing potentially responsive records for Parts 3(a)-(d) for responsiveness, deduplication, and application of FOIA exemptions, and anticipates circulating all pages for consultation with Executive Branch equity holders before the next joint status report. And regarding subpart four, the Department issued a final response by letter dated October 30, 2026.

The Department will continue to provide Plaintiff with periodic updates regarding Plaintiff's FOIA requests in advance of each Joint Status Report to facilitate continued good faith discussions between the Parties.

//

//

[1] The Department issued a supplemental response to subpart 1 by letter dated October 30, 2026.

Dated: October 30, 2026

By: *__/s/ Matthew S.L. Cate__*
Law Office of Matthew S.L. Cate
Attorney for Plaintiff

Dated: October 30, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Kenneth Brakebill*
Kenneth Brakebill
Assistant United States Attorney

Counsel for Defendant

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Kenneth Brakebill, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.